**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RICHARD MASTERMAN**<br><br>        **Petitioner,**<br><br>  **v.**<br><br>**Unites States of America,**<br><br>        **Respondent.** | **1:04-cv-05537-OWW**<br><br>**ORDER REQUIRING RESPONDENT TO SUBMIT UPDATE REGARDING PETITIONER'S CUSTODY STATUS** |

Petitioner Richard Masterman is proceeding with motion to vacate his conviction and sentence pursuant to 28 U.S.C. § 2255. The United States shall submit an update apprising the court of Petitioner's current custody status within fifteen (15) days.

IT IS SO ORDERED.

**Dated:**   **September 2, 2010**             **/s/ Oliver W. Wanger**
                                                                     UNITED STATES DISTRICT JUDGE